IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| VICTOR ALLEN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:11-cv-02813-RDP-RRA |
| | ) |
| DR. TALLEY, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on May 13, 2013, recommending that this cause be dismissed without prejudice due to Plaintiff's failure to exhaust his administrative remedies under 42 U.S.C. § 1997e(a). (Doc. 23.) No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and his Recommendation is **ACCEPTED**. Accordingly, this action is due to be dismissed without prejudice. A Final Judgment will be entered.

**DONE** and **ORDERED** this ___10th___ day of June, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE