FILED
2013 Jun-10 AM 10:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **VICTOR ALLEN THOMAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:11-cv-02813-RDP-RRA |
| | ) |
| **DR. TALLEY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **MEMORANDUM OF OPINION**

The Magistrate Judge filed a Report and Recommendation on May 13, 2013, recommending that this cause be dismissed without prejudice due to Plaintiff's failure to exhaust his administrative remedies under 42 U.S.C. § 1997e(a). (Doc. 23.) No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and his Recommendation is **ACCEPTED**. Accordingly, this action is due to be dismissed without prejudice. A Final Judgment will be entered.

**DONE** and **ORDERED** this ____10th____ day of June, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE